| | |
|---|---|
| **From:** | Bryan Brown |
| **To:** | CAEDdb_Orders-kjn |
| **Subject:** | Re: Brown vs City of Marysville/yuba county case#2:20mc00034 |
| **Date:** | Thursday, July 20, 2023 1:23:12 AM |

**CAUTION - EXTERNAL:**

On Thu, Jul 20, 2023, 1:21 AM Bryan Brown <bryanleebrown01@gmail.com> wrote:

> On Thu, Jul 20, 2023, 1:16 AM Bryan Brown <bryanleebrown01@gmail.com> wrote:
>> Your Honorable Magistrate Judge Kendall Newman,my name is Bryan Brown a member who opted out of the class action Butcher vs The city of Marysville/Yuba County in which you settled on Feb32020,.I was present and my cases never settled so you offered to try and settle my cases and told me if their was anything you could do just contact you....well I wanted you to know that I lost both my cases ...on Nov 11,2021
>> Defendnant  filed summary judgement with Res Judacata stating  I didn't opt out  so I was bound by the Settlemet agreement of the class.March 82022 judge Steven Berrier dissmised my caae ,
>>
>> On May112020,Anthony prince Volintaraly dissmised my case against the city with prejudice without my knowledge or approval .
>>
>> What I would ask from you is the truth from exactly were my case stood after the Feb32020 tentative Settlemet hearing.....Your magistrate I lost my cases from a plan and scheme that never intended to try and settle with you your honor as you were lead to believe .No further entry was ever made in the federal case and no entry of any kind from either case in superior court for about 1year.Judge Berrier stated he didn't know anything about the class action or my case  he had very little Informatiin only what was presented to him by the Defendant and Plaintiff.
>>  You Mr Neman never would have let my case go forward if it wasn't possible to do.You cleared my cases to go back to state or except your offer to try and settle ..
>>
>> My attorney could have gotten the transcripts from the class hearing .He could have presented  the document s filed by mark Merin that states I was a member who opted out ....he never did in fact he told me SJ hearing was cancelled but that was not the truth he never showed up for the hearing  never called nothing ......
>>
>> All I'm asking for is some type of clarafacatiin for Judge berrier everybody knew I was ok to go forward except the state court judge he knew nothing at all My attorney Anthony Prince will not give me my files and Mark Merin refuses to let me have any of the case files from the class in which I was a member .mark also refuses to give the case files to Brigitte butcher the lead plaintiff  ...I hope.you can help me clear this fraud upon the court because you hold alot of truth in the matter
>>
>>     Sincerely
>>     BryanLee Brown
> (Member of class action )

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.